IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY HOWARD,  No. C 05-00303 SBA

        Plaintiff.

**ORDER**

  v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

On January 21, 2005, Plaintiff Gregory Howard ("Plaintiff") filed a Complaint against defendants United States of America, Patriot Contract Services, LLC, and Patriot Holdings, LLC.

On March 17, 2005, Plaintiff voluntarily dismissed defendant Patriot Holdings, LLC from the action.

On March 22, 2005, the remaining defendants United States of America and Patriot Contract Services, LLC (collectively, "Defendants") filed their answers.

On April 4, 2005, this Court scheduled the initial Case Management Conference to take place on May 26, 2005.

On May 16, 2005, as directed by the Court, the parties in the above-captioned matter submitted a joint Case Management Conference Statement. In the Case Management Conference Statement, the parties indicated that the case would be ready for mediation by February 24, 2006. Due to the complex nature of the case, they requested that the mediation be conducted by a Magistrate Judge rather than the mediation panel.

On May 26, 2005, the Case Management Conference was held. On June 8, 2005, the Court issued its Order for Pretrial Preparation ("Pretrial Order"). Pursuant to the Pretrial Order, the case is scheduled for a 15 to 20 day trial to commence on September 25, 2006. Also pursuant to the Pretrial

Order, the parties are to attend a mandatory settlement conference with a Magistrate Judge between July 3, 2006 and July 28, 2006. The case was subsequently referred to Magistrate Judge Larson for settlement purposes.

On August 30, 2005, Plaintiff's counsel filed a Notice of Unavailability, indicating that he would be unavailable during the period of October 21, 2005 through October 31, 2005.

Since the August 30, 2005 filing, however, there has been no other docket activity. Although the Court is sensitive to the fact that the parties are likely still engaged in the discovery process, the Court is also mindful of the fact that the parties previously agreed that a February 26, 2006 mediation session might prove effective. Further, in light of the fact that a significant amount of time has passed since there has been any activity on the docket, the Court has determined that it would benefit from a short <u>joint</u> written statement from the parties indicating the status of the case. The statement should specifically address whether the Court can assist the parties in scheduling an early settlement conference with a Magistrate Judge in the next month.

Accordingly,

IT IS HEREBY ORDERED THAT the parties shall immediately <u>meet and confer</u> and <u>jointly</u> file a short written statement setting forth the current status of the case. The statement shall be filed <u>no later than February 15, 2006</u> and shall specifically state whether the Court can assist the parties in scheduling an early settlement conference with a Magistrate Judge. If the parties agree that they would benefit from an early settlement conference, they shall set forth the dates that they are available.

IT IS SO ORDERED.

Dated: 1/30/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge